## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **PERFORMANCE COAL COMPANY and ALLEN GUTHRIE & THOMAS, PLLC,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Civil Case No. 10-1698 (RJL)** |
| **v.** | ) ) ) | |
| **U.S. DEPARTMENT OF LABOR and MINE SAFTEY AND HEALTH ADMINISTRATION,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

## ORDER
(March 7, 2012)

For the reasons set forth in the Memorandum Opinion entered this ___ day of March, 2012, it is hereby

**ORDERED** that defendants' Motions for Summary Judgment [#28 and #42] are **GRANTED**; and it is further

**ORDERED** that the plaintiffs' Cross-Motions for Summary Judgment [#34 and #43] are **DENIED**; and it is further

**ORDERED** that final judgment be entered for the defendants on all counts in the Complaint.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

1